O

cc: **USPO**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 03-761-RSWL |
| Plaintiff, ) | |
| ) | **ORDER re: Defendant's Pro Per Petition to Terminate Probation [163]** |
| v. ) | |
| WILLIAM PETERSON, ) | |
| Defendant. ) | |

Currently before the Court is Defendant William Peterson's ("Defendant") Pro Per Petition to Terminate Probation [163]. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Defendant's Petition is **DENIED**. Defendant requests that his term of supervised release be terminated 18 months early, because he wishes to travel outside of the Central District of California and abroad without an approved, preplanned itinerary. Currently, Defendant is

required to obtain approval from his Probation Officer to travel outside of the Central District of California and must seek leave of the Court in order to travel abroad.  In Opposition, the Government has suggested that instead of terminating Defendant's term of supervised release completely, the Probation Office should assume the responsibility of authorizing Defendant's travel abroad.

Although the Government admits that Defendant has abided by all terms of his supervised release, the Court finds that Defendant has not presented any compelling reason to terminate his supervised release early.  The requirements imposed on Defendant are not burdensome, and the Government presents a logical compromise that would allow Defendant to travel more freely.  Accordingly, the Court hereby authorizes the Probation Office to assume responsibility for approving all travel by Defendant.  As such, Defendant's Petition to Terminate Probation is hereby **DENIED.**

**IT IS SO ORDERED.**

Dated: May 29, 2012

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge